■ In the Matter of PALMA BONORA, Deceased. BRUCE L. STEIN, as Public Administrator of Kings County, Respondent; GARY D. GOTLIN, as Public Administrator of Richmond County, Appellant. [998 NYS2d 304]—In a proceeding pursuant to SCPA 1001 for the administration of the estate of Palma Bonora, Gary D. Gotlin, as Public Administrator of Richmond County, appeals, as limited by his brief, from stated portions of an order of the Surrogate's Court, Kings County (López Torres, S.), dated March 28, 2014, which, inter alia, denied his motion to revoke letters of administration issued to Bruce L. Stein, as Public Administrator of Kings County.

Ordered that the order is affirmed insofar as appealed from, with costs.

For the reasons stated in our decision and order in a companion appeal (*see Matter of Bonora*, 123 AD3d 699 [2014] [decided herewith]), the Surrogate's Court properly denied the motion of Gary D. Gotlin, as Public Administrator of Richmond County, to revoke letters of administration issued to Bruce L. Stein, as Public Administrator of Kings County, in connection with the estate of Palma Bonora.

The parties' remaining contentions either are not properly before this Court, are without merit, or need not be reached in light of our determination.

We decline Stein's request for the imposition of sanctions, as neither Gotlin nor his counsel engaged in sanctionable conduct on this appeal (*see* 22 NYCRR 130-1.1 [c]). Skelos, J.P., Dickerson, Chambers and Sgroi, JJ., concur.